IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KAREN BROUGHTON,**

    **Plaintiff,**

v.                                                                    CASE NO.  3:12-cv-97-MW/EMT

**ESCAMBIA COUNTY SCHOOL
BOARD, et al.,**

    **Defendants.**

_____/

**ORDER DENYING LEAVE TO
FILE REPLY MEMORANDUM**

This Court has considered, without hearing, Defendant's Motion for Leave to File Reply Memorandum, ECF No. 110, filed April 30, 2014.  The motion is **DENIED**.  The pending motion for summary judgment is now under advisement, and this Court expects to rule on the motion for summary judgment before the close of business on Friday, May 9, 2014.  Accordingly, there will be no need to extend the pretrial dates.

    **SO ORDERED on May 1, 2014.**

                                                          s/Mark E. Walker                 
                                                          **United States District Judge**